IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| JERRY ADAMS, | ) |
|---|---|
| Petitioner, | ) |
| | ) NO. 3:12-0796 |
| v. | ) JUDGE HAYNES |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Petitioner, Jerry Adams, filed this motion to vacate under 28 U.S.C. § 2255. From a review of the petition, Petitioner asserts claims including claims under the Sixth and Fourteenth Amendments for alleged sentencing errors. Petitioner also alleges that his guilty plea was not knowingly and voluntarily entered. These claims are not frivolous.

The Clerk is **ORDERED** to serve the respondent with a copy of the motion. In accordance with Rule 5 of the Rules Governing Section 2254 cases, the respondent is **ORDERED** to file a response to this petition within sixty (60) days from entry of this Order.

It is so **ORDERED**.

ENTERED this the 3rd day of August, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge